NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHARKNINJA OPERATING LLC, SHARKNINJA MANAGEMENT LLC, SHARKNINJA MANAGEMENT CO., SHARKNINJA SALES COMPANY, EP MIDCO LLC,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

---

2023-2162

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1252.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of this court's March 22, 2024 order (ECF No. 22),

2                             SHARKNINJA OPERATING LLC v. ITC

IT IS ORDERED THAT:

(1) Pursuant to the court's March 22, 2024 order, the appeal is dismissed and the matter is remanded to the International Trade Commission to enable it to vacate its final determination and dismiss the relevant portion of the complaint consistent with the parties' motion (ECF No. 18).

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 25, 2024
Date

ISSUED AS A MANDATE: July 25, 2024